FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
\*   FEBRUARY 23, 2024   \*
BROOKLYN OFFICE

HDM:JPL/NMA
F. #2019R01465

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

GUNVOR, S.A.,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

**FILED UNDER SEAL**

NOTICE OF MOTION

Criminal Docket No. 24-CR- ( 85 )

Judge Kiyo A. Matsumoto
Magistrate Judge Taryn A. Merkl

PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant GUNVOR, S.A.'s waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   Brooklyn, New York
           February 23, 2024

BREON PEACE
United States Attorney
Eastern District of New York

By:     /s/
Jonathan P. Lax
Nick M. Axelrod
Assistant United States Attorneys
(718) 254-7000

c.c.:   Clerk of the Court
       Defense Counsel (by e-mail)