**TO BE FILED UNDER SEAL**

**INFORMATION SHEET**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
*   FEBRUARY 23, 2024   *
BROOKLYN OFFICE

24-CR-85
Judge Kiyo A. Matsumoto
Magistrate Judge Taryn A. Merkl

1. Title of Case: United States v. Gunvor, S.A.

2. Related Magistrate Docket Number(s): _____

3. Arrest Date: N/A

4. Nature of offense(s):   ☒ Felony
   ☐ Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3.2 of the Local E.D.N.Y. Division of Business Rules): United States v. Kohut, Cr. No. 21-115 (ENV); United States v. Antonio Pere, Cr. No. 20-376 (ENV); United States v. Enrique Pere, Cr. No. 20-377 (ENV); United States v. Arias, Cr. No. 21-628 (ENV)

6. Projected Length of Trial:   Less than 6 weeks   ☐
   More than 6 weeks   ☒

7. County in which crime was allegedly committed: Kings
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Was any aspect of the investigation, inquiry and prosecution giving rise to the case pending or initiated before March 10, 2012.[1]   ☐ Yes   ☒ No

9. Has this indictment/information been ordered sealed?   ☒ Yes   ☐ No

10. Have arrest warrants been ordered?   ☐ Yes   ☒ No

11. Is there a capital count included in the indictment?   ☐ Yes   ☒ No

BREON PEACE
UNITED STATES ATTORNEY

By:   /s/ Nick M. Axelrod
Nick M. Axelrod
Assistant U.S. Attorney
(718) 254-6883

---

[1] Judge Brodie will not accept cases that were initiated before March 10, 2012.

Rev. 10/04/12