JPL
F.# 2016R00124

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | O R D E R |
| - against - | Docket No. 24-CR-85 (ENV) |
| GUNVOR S.A., | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

       Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Jonathan P. Lax, for an order unsealing the above-captioned matter in its entirety.

       WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated:   Brooklyn, New York
           March 1, 2024

                                          */s/Eric N. Vitaliano*
                                          THE HONORABLE ERIC N. VITALIANO
                                          UNITED STATES DISTRICT JUDGE
                                          EASTERN DISTRICT OF NEW YORK