

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JPL
F. #2016R00124

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 1, 2024

<u>By E-mail</u>

The Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: United States v. Gunvor S.A.
     <u>Criminal Docket No. 24-85 (ENV)</u>

Dear Judge Vitaliano:

  In light of the anticipated public hearing scheduled for today at 11:00 a.m., the government respectfully moves for an order unsealing the above-captioned matter in its entirety.

        Respectfully submitted,

        BREON PEACE
        United States Attorney

    By:   /s/
        Jonathan P. Lax
        Nick M. Axelrod
        Assistant U.S. Attorneys
        (718) 254-7000

Enclosure (Proposed Unsealing Order)

cc: Clerk of Court (by e-mail)
   Mark A. Racanelli, Esq. and Rebecca Mermelstein, Esq. (by email)
   Jonathan P. Robell, U.S. Dept. of Justice, Fraud Section, FCPA Unit (by email)