**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States | CR-24-0085 (ENV) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Gunvor S.A. | Plea Agreement |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
United States Marshals Service

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
225 Cadman Plaza East, Brooklyn, New York 11201

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| BREON PEACE United States Attorney - Eastern District of New York 271 Cadman Plaza East, 7th Floor, Brooklyn, New York 11201 Attn: Laura D. Mantell, AUSA / Erik Hertel, ProMinds Records Examiner | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Per the Order of Forfeiture, please deposit funds in the amount of $287,138,444.00 into the SADF, pending further instructions.

CATS ID: 24-FBI-002713

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *Laura D. Mantell* | | (718) 254-6253 | 3/4/2024 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. **53** | District to Serve No. **53** | Signature of Authorized USMS Deputy or Clerk *Teresa K* | Date 3/8/24 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date 3/12/24 | Time | ☐ am ☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy *Teresa Kwan* | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

$287,138,444.00 deposited into SADF on 3/11/24 via EFT. Confirmation received and executed in Capture on 3/12/24.

1:2024-CR-00085-1

Form USM-285
Rev. 03/21